UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY J. FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. TRIPLETT, *et al.*,<br><br>　　　　　Defendants. | No. CV 17-8796 RGK (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the following claims are dismissed with prejudice:

(a) plaintiff's due process claims against N. Canisalez, E. Rogers, D. Scheiffele, J. Gastelo, D. Foston, and M. Voong;

(b) plaintiff's claim that J. Steck violated his due process rights by signing the RVR as part of the pre-hearing review;

      (c)    plaintiff's Eighth Amendment and Fourth Amendment claims based on the RVR punishments; and

      (d)    plaintiff's Eighth Amendment medical needs claims.

DATED: February 5, 2019

R. GARY KLAUSNER
United States District Judge