IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY J. FOSTER,** | Case No. 2:17-cv-08796-RGK-FFM |
| Plaintiff, | **[~~PROPOSED~~] ORDER** |
| **v.** | |
| **J. TRIPLETT, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(l)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. Pursuant to Rule 41 (a)(l)(A), no order is required to give effect to the stipulation of dismissal.

**IT IS SO ORDERED**.


Dated:  August 20, 2019                     _____/s/ Frederick F. Mumm_____
                                                           The Honorable Frederick F. Mumm